# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SHONNAH MARIE BROWN**                                                                **PLAINTIFF**

**V.**                          **4:06CV00220-WRW**

**RON BALL, ET AL.**                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on June 21, 2007, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 26th day of June, 2007.


                                        /s/Wm. R. Wilson, Jr.
                                     UNITE  STATES DISTRICT JUDGE